Ross Cornell, Esq.   (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email:  rc@rosscornelllaw.com
P.O. Box 1989 # 305
Big Bear Lake, CA 92315
Phone:  (562) 612-1708
Fax: (562) 394-9556

Attorneys of Record for Plaintiff,
Bryan Estrada

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Bryan Estrada,

          Plaintiff,

          v.

Rudy Emprado, et al.

          Defendants.

Case Number:
5:21-cv-00917-JWH-SP

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

    Plaintiff BRYAN ESTRADA and Defendants RUDY EMPRADO and MURIETTA ASSOCIATES, L.P. hereby stipulate as follows:

    1.    Plaintiff's entire complaint as to all parties and all causes of action is hereby dismissed *with prejudice*; and

    2.    The parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  November 29, 2021    By:  /s/ *Ross Cornell*
                             Ross Cornell, Esq.,
                             Attorneys for Plaintiff,
                             BRYAN ESTRADA

[*Defendant Signatures on Following Page*]

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

Dated:    November 29, 2021    By: /s/ *John Coates*
                                           John Coates, Esq.,
                                           Attorneys for Defendants,
                                           RUDY EMPRADO and MURIETTA
                                           ASSOCIATES, L.P.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  November 29, 2021   LAW OFFICES OF ROSS CORNELL, APC


                            By: /s/ *Ross Cornell*
                                 Ross Cornell, Esq.,
                                 Attorneys for Plaintiff

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**