Ross Cornell, Esq.  (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email:  rc@rosscornelllaw.com
P.O. Box 1989 # 305
Big Bear Lake, CA 92315
Phone:  (562) 612-1708
Fax: (562) 394-9556

Attorneys of Record for Plaintiff,
Bryan Estrada

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Estrada,<br><br>    Plaintiff,<br><br>v.<br><br>Rudy Emprado, et al.<br><br>    Defendants. | Case Number:<br>5:21-cv-00917-JWH-SP<br><br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff BRYAN ESTRADA and Defendants RUDY EMPRADO and MURIETTA ASSOCIATES, L.P. hereby stipulate as follows:

1.   Plaintiff's entire complaint as to all parties and all causes of action is hereby dismissed *with prejudice* pursuant to FRCP 41(a)(1)(a)(ii); and

2.   The parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  December 22, 2021          By:   /s/ *Ross Cornell*
                                                      Ross Cornell, Esq.,
                                                      Attorneys for Plaintiff,
                                                      BRYAN ESTRADA

[*Defendant Signatures on Following Page*]

Dated: December 22, 2021        By: /s/ *John Coates*
                                John Coates, Esq.,
                                Attorneys for Defendants,
                                RUDY EMPRADO and MURIETTA ASSOCIATES, L.P.

### **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: December 22, 2021   LAW OFFICES OF ROSS CORNELL, APC

                                By: /s/ *Ross Cornell*
                                Ross Cornell, Esq.,
                                Attorneys for Plaintiff

-2-
**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**